UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 384 |
| v. | ) | Hon. Martin C. Ashman |
| AHMAD ALI AHMAD | ) | United States Magistrate Judge |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated May 14, 2008, are SEALED until July 13, 2008, or until the execution of the Arrest Warrant, whichever comes first. Nothing in this Order shall, however, restrain law enforcement officials in their ability to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant.

ENTER:

_[signature]_
MARTIN C. ASHMAN
United States Magistrate Judge

Dated: May 14, 2008