Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Ahmad Ali Ahmad appears in response to arrest on 05/29/08. Defendant informed of his rights. Douglas Whitney from the Federal Defender Panel is appointed as counsel for defendant for the initial appearance only. Status on detention hearing and preliminary examination hearing set for 05/30/08 at 1:00 p.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|