Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Status hearing held. Government moves for pretrial detention. Detention hearing set for 06/05/08 at 11:00 a.m. Preliminary examination hearing set for 06/05/08 at 11:00 a.m. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|