## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 6/05/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Court finds the defendant is unable to afford counsel. Douglas Whitney and Joshua Herman from the Federal Defender Panel are appointed as counsel for defendant. Government's oral motion for pretrial detention is granted. Government's draft order setting out the court's findings shall be submitted to defendant's counsel by 06/09/08. Defendant's counsel shall review and submit any changes by 06/10/08. Defendant shall remain in custody pending trial or further order of court. Preliminary examination hearing held. The Court holds ruling on the preliminary examination hearing until the next court date. Defendant's brief in support of defendant's oral motion for the witness statements reviewed by Agent Curtis shall be filed by 06/12/08. Hearing on defendant's oral motion set for 06/17/08 at 2:00 p.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

01:00

| | Courtroom Deputy Initials: | NTF |
|---|---|---|