# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Motion hearing held on defendant's oral motion for the witness statements reviewed by Agent Curtis, and continued to 07/15/08 at 2:00 p.m. Government's response to defendant's brief in support of defendant's oral motion for the witness statements reviewed by Agent Curtis shall be filed by 06/24/08. Government's revised draft order setting out the court's findings regarding the detention hearing shall be submitted to defendant's counsel by 06/20/08. Defendant's counsel shall review and submit any changes by 06/23/08.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10 oah

| | Courtroom Deputy Initials: | NTF |
|---|---|---|