Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [14] is granted.  ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended to and including July 12, 2008.

X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|