## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 384 | **DATE** | 7/02/2008 |
| **CASE TITLE** | USA vs. Ahmad Ali Ahmad | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's oral motion seeking witness statements is withdrawn. Motion hearing previously set for 07/15/08 is stricken. Defendant waives the Court's findings as to the preliminary examination hearing. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|